United States Bankruptcy Court for the: Case 25-40488    Doc 1    Filed 02/21/25    Entered 02/21/25 18:55:22    Desc Main Document    Page 1 of 47

EASTERN DISTRICT OF TEXAS

Case number (if known) _____    Chapter  __11__

☐ Check if this an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | Farifox Corporation dba AestheticFX | |

| | |
|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | 83-2519082 |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 11627 Leona Street<br>Frisco, TX 75035<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Collin<br>County | **Location of principal assets, if different from principal place of business**<br>12021 Dallas Parkway<br>Suite 600<br>Room 210 Frisco, TX 75033<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | www.aestheticfx.com |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

7. Describe debtor's business. A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

__2199__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

| List all cases. If more than 1, attach a separate list | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

□ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

□ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

□ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

□ It needs to be physically secured or protected from the weather.

□ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

□ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

□ No

□ Yes. Insurance agency _____

Contact name _____

Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

□ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | □ 1,000-5,000 | □ 25,001-50,000 |
|---|---|---|
| □ 50-99 | □ 5001-10,000 | □ 50,001-100,000 |
| □ 100-199 | □ 10,001-25,000 | □ More than100,000 |
| □ 200-999 | | |

**15. Estimated Assets**

| □ $0 - $50,000 | □ $1,000,001 - $10 million | □ $500,000,001 - $1 billion |
|---|---|---|
| □ $50,001 - $100,000 | □ $10,000,001 - $50 million | □ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | □ $50,000,001 - $100 million | □ $10,000,000,001 - $50 billion |
| □ $500,001 - $1 million | □ $100,000,001 - $500 million | □ More than $50 billion |

**16. Estimated liabilities**

| □ $0 - $50,000 | ■ $1,000,001 - $10 million | □ $500,000,001 - $1 billion |
|---|---|---|

□ $50,001 - $100,000
□ $100,001 - $500,000
□ $500,001 - $1 million

□ $10,000,001 - $50 million
□ $50,000,001 - $100 million
□ $100,000,001 - $500 million

□ $1,000,000,001 - $10 billion
□ $10,000,000,001 - $50 billion
□ More than $50 billion

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 21, 2025**
MM / DD / YYYY

**X** **/s/ Beverly Farris**                                    **Beverly Farris**
Signature of authorized representative of debtor          Printed name

Title    **CEO**

**18. Signature of attorney**

**X** **/s/ Daniel C. Durand III**                           Date **February 21, 2025**
Signature of attorney for debtor                          MM / DD / YYYY

**Daniel C. Durand III 06287570**
Printed name

**Durand & Associates, PC**
Firm name

**522 South Edmonds Lane**
**Suite 101**
**Lewisville, TX 75067**
Number, Street, City, State & ZIP Code

Contact phone    **972-221-5655**        Email address    **diana@durandlaw.com; durand@durandlaw.com**

**06287570 TX**
Bar number and State

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation, a member or an authorized agent of the partnership, or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct.

- ■ Schedule A/B Assets–Real and Personal Property (Official Form 206A/B)
- ■ Schedule D Creditors Who Have Claims Secured by Property (Official Form 206D)
- ■ Schedule E/F Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ■ Schedule G Executory Contracts and Unexpired Leases (Official Form 206G)
- ■ Schedule H Codebtors (Official Form 206H)
- ■ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule
- ■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/21/2025        X _Beverly Farris_____
                               Signature of individual signing on behalf of debtor

                               Beverly Farris
                               Printed name

                               CEO
                               Position or relationship to debtor

Official Form 202                        Declaration Under Penalty of Perjury for Non-Individual Debtors

Debtor name  **Farifox Corporation dba AestheticFX**
Case 25-40488  Doc 3  Filed 02/21/25  Entered 02/21/25 18:55:22  Desc Main
United States Bankruptcy Court for the:  Document  Page 7 of 47  is an

Case number (if known): _____  amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AbbVie US, LLC 62671 Collection Center Drive Chicago, IL 60693-0626 | | | | | | $1,337.00 |
| Altus Receivables Management Agent for Transportation Alliance Bank 2121 Airline Drive Suite 520 Metairie, LA 70001 | | | | | | $116,994.57 |
| American Express Business Card PO Box 981535 El Paso, TX 79998-1535 | | | | | | $4,454.00 |
| Bank of America Business Card PO Box 660441 Dallas, TX 75266-0441 | | | | | | $14,171.23 |
| BHG Money Business Card PO Box 980938 West Sacramento, CA 95798 | | | | | | $11,210.40 |
| BlackCard Barclay's Bank Delaware PO Box 8833 Wilmington, DE 19899-8833 | | | | | | $13,808.78 |

Debtor **Farifox Corporation dba AestheticFX**
Name    Case 25-40488    Doc 1    Filed 02/21/25    Entered 02/21/25 18:55:22    Desc Main
Document    Page 8 of 47

Case number (if known)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Capital One Spark Business Card PO Box 60519 City of Industry, CA 91716-0519 | | | | | | $28,908.89 |
| Comenity Bank Credit Card PO Box 182125 Columbus, OH 43218-2125 | | | | | | $6,255.93 |
| Evolus, Inc. PO Box 74129 Los Angeles, CA 90074-1219 | | | | | | $23,575.00 |
| Headway Capital, LLC 175 W. Jackson Blvd. Suite 1000 Chicago, IL 60604 | support@email.headwaycapital.com | | | | | $105,232.72 |
| Heritage Bank Keith Sturmer, VP SBA Assets Manager 1818 Florence Pike Burlington, KY 41005 | k.sturmer@ourheritage.bank | Equipment | | $775,000.00 | $177,175.00 | $597,825.00 |
| Leasepoint Funding Group, LLC 14905 Texas Street Austin, TX 78734 | | TrusculptID handpieces includes 6 hands free, 1 40cm 2 handpiece and 1 submental handpiece | | $17,957.94 | $4,170.00 | $13,787.94 |
| McKesson Specialty Care Distribution 401 Mason Road La Vergne, TN 37086 | | | | | | $5,772.00 |
| North Mill Equipment Finance, LLC c/o Ivan Escobar Padfield & Stout, LLP 100 Throckmorton Street, Suite 700 Fort Worth, TX 76102 | iescobar@padfieldstout.com | 2023 Skinwave - quantity is 1 2023 Smartxide Tetra - quantity is 1 2023 VirtueRF with 3 HP's -quantity is 1 | | $289,756.32 | $93,000.00 | $196,756.32 |

Debtor **Farifox Corporation dba AestheticFX**
Name   Case 25-40488   Doc 1   Filed 02/21/25   Entered 02/21/25 18:55:22   Desc Main
Document   Page 9 of 47

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services,) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Offerman & King, LLP<br>**Agents for Pinnacle Bank**<br>**Banker's Healthcare Group, LLC**<br>6420 Wellington Place<br>Beaumont, TX 77706 | jwk@offermanking.com<br>James King, Esquire | | | | | $69,407.98 |
| PNC Bank<br>PO Box 1820<br>Dayton, OH 45401 | Lisa Anderson, Commercial Manager<br>410-546-6641 | | | | | $49,759.13 |
| PR Realty National, LLC<br>PO Box 1001<br>Jacksboro, TX 76458 | | Promissory note for chapter 11 bankruptcy<br>Amy P. Fryar, Manager | | | | $15,000.00 |
| Revanesse<br>Prollenium Medical<br>9121 Anson Way<br>Unit 213<br>Raleigh, NC 27615 | | | | | | $9,250.00 |
| SBA<br>409 3rd St., SW<br>Washington, DC 20416 | | Business equipment financed by Heritage Bank and backed by SBA | | $775,000.00 | $177,175.00 | $597,825.00 |
| Triton Recovery, LLC<br>**Agent for DWD Consulting, LLC**<br>19790 W. Dixie Highway<br>Suite 301<br>Miami, FL 33180 | | | | | | $23,342.44 |

Debtor name    Farifox Corporation dba AestheticFX

United States Bankruptcy Court for the: EASTERN District of TEXAS

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1:    Summary of Assets

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.............................................................................................................    $          0.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*...........................................................................................................    $      295,845.00

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.............................................................................................................    $      295,845.00

### Part 2:    Summary of Liabilities

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    1,857,714.26

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*...............................................    $          0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$      499,695.07

4.  **Total liabilities** ......................................................................................................................................
    Lines 2 + 3a + 3b                                                                                                           $    2,357,409.33

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Need name of bank | Business checking account | | $20,000.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** | $20,000.00 |
| --- | --- |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

Official Form 206A/B            Schedule A/B Assets - Real and Personal Property            page 1

| | | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

| | | | | |
|---|---|---|---|---|
| 14.1. | **Farifox Corporation 401(k) Profit Sharing Plan ows the business - 105,000 conmon stocks** | | | $0.00 |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                              % of ownership

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17. **Total of Part 4.**                                                                              $0.00

Add lines 14 through 16. Copy the total to line 83.

**Part 5:    Inventory, excluding agriculture assets**

18. Does the debtor own any inventory (excluding agriculture assets)?

☐ No. Go to Part 6.

■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | | | | |
| 20. Work in progress | | | | |
| 21. Finished goods, including goods held for resale | | | | |
| 22. Other inventory or supplies See attached spreadsheet | | $0.00 | | $0.00 |

23. **Total of Part 5.**                                                                              $0.00

Add lines 19 through 22. Copy the total to line 84.

24. Is any of the property listed in Part 5 perishable?
■ No
☐ Yes

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?
■ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

■ No. Go to Part 7.

☐ Yes Fill in the information below.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture | | | |
| | Medspa chair - 1 | $0.00 | | $200.00 |
| | Sofa - 1 | $0.00 | | $200.00 |
| | Sitting stools - 2 | $0.00 | | $50.00 |
| | desk - 1 and desk chair - 1 | $0.00 | | $75.00 |
| | Filing cabinet - 1 three drawer | $0.00 | | $25.00 |
| | Storage cabinet - 1 | $0.00 | | $150.00 |
| 40. | Office fixtures | | | |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software | | | |
| | Macbook Pro 15'' 2016 - 1 | $0.00 | | $300.00 |
| | Apple IPad 2018 - 1 | $0.00 | | $250.00 |
| | Apple IPad 2020 - 1 | $0.00 | | $250.00 |

42. Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| $1,500.00 |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- |

47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

48. Watercraft, trailers, motors, and related accessories *Examples:* Boats, trailers, motors,
    floating homes, personal watercraft, and fishing vessels

49. Aircraft and accessories

50. Other machinery, fixtures, and equipment (excluding farm
    machinery and equipment)
    **Business equipment secured by debt totalling
    $1,082,713 to 3 secured creditors on Schedule
    D. Net Equity is $0.00.
    Specifically, Skinwave, Smartxide Tetra,
    VirtueRF with 3 HPs, handpieces, and other
    business equipment.** | $274,345.00 | Appraisal | $274,345.00 |

---

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87. | | | $274,345.00 |

52. Is a depreciation schedule available for any of the property listed in Part 8?
    ■ No
    ☐ Yes

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?
    ■ No
    ☐ Yes

### Part 9:  Real property

54. Does the debtor own or lease any real property?

■ No. Go to Part 10.
☐ Yes Fill in the information below.

### Part 10:  Intangibles and intellectual property

59. Does the debtor have any interests in intangibles or intellectual property?

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- |

60. Patents, copyrights, trademarks, and trade secrets

61. Internet domain names and websites
    www.aestheticfx.com | $0.00 | | $0.00 |

62. Licenses, franchises, and royalties

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 4

63.    Customer lists, mailing lists, or other compilations

64.    Other intangibles, or intellectual property

65.    Goodwill

66.    **Total of Part 10.**

       Add lines 60 through 65. Copy the total to line 89.

                                                                                    $0.00

67.    Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?
       ■ No
       □ Yes

68.    Is there an amortization or other similar schedule available for any of the property listed in Part 10?
       ■ No
       □ Yes

69.    Has any of the property listed in Part 10 been appraised by a professional within the last year?
       ■ No
       □ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No. Go to Part 12.
    □ Yes Fill in the information below.

Part 12:   Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $20,000.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $0.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $1,500.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $274,345.00 | |
| 88. Real property. *Copy line 56, Part 9*..............................................> | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. Total. Add lines 80 through 90 for each column | $295,845.00 | + 91b. $0.00 |

92. Total of all property on Schedule A/B. Add lines 91a+91b=92 | $295,845.00

Debtor name  **Fanfox Corporation dba AestheticRX**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Heritage Bank**<br>Creditor's Name<br><br>**Keith Sturmer, VP SBA Assets Manager**<br>**1818 Florence Pike**<br>**Burlington, KY 41005**<br>Creditor's mailing address<br><br>**k.sturmer@ourheritage.bank**<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2023**<br>**Last 4 digits of account number**<br>**0563**<br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Equipment**<br><br><br>Describe the lien<br>**Purchase Money Security**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $775,000.00 | $177,175.00 |
| **2.2** **Leasepoint Funding Group, LLC**<br>Creditor's Name<br><br>**14905 Texas Street**<br>**Austin, TX 78734**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2021**<br>**Last 4 digits of account number**<br>**2223** | Describe debtor's property that is subject to a lien<br>**TrusculptID handpieces includes 6 hands free, 1 40cm 2 handpiece and 1 submental handpiece**<br><br>Describe the lien<br>**Purchase Money Security**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $17,957.94 | $4,170.00 |

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **North Mill Equipment Finance, LLC** | Describe debtor's property that is subject to a lien | $289,756.32 | $93,000.00 |
|---|---|---|---|---|

Creditor's Name

c/o Ivan Escobar
Padfield & Stout, LLP
100 Throckmorton Street,
Suite 700
Fort Worth, TX 76102

Creditor's mailing address

2023 Skinwave - quantity is 1
2023 Smartxide Tetra - quantity is 1
2023 VirtueRF with 3 HP's -quantity is 1

Describe the lien

**Purchase Money Security**

iescobar@padfieldstout.com

Creditor's email address, if known

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

Date debt was incurred
2023

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
5208

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **SBA** | Describe debtor's property that is subject to a lien | $775,000.00 | $177,175.00 |
|---|---|---|---|---|

Creditor's Name

409 3rd St., SW
Washington, DC 20416

Creditor's mailing address

**Business equipment financed by Heritage Bank and backed by SBA**

Describe the lien

**Purchase Money Security backed by SBA**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

Date debt was incurred
4/18/2023

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
9102

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

| $1,857,714.26 |
|---|

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

---

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Debtor name    **Farirox Corporation dba AestheticRx**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | Amount of claim |
| --- | --- | --- |
| **3.1** Nonpriority creditor's name and mailing address<br>**AbbVie US, LLC**<br>**62671 Collection Center Drive**<br>**Chicago, IL 60693-0626**<br>Date(s) debt was incurred  **2025**<br>Last 4 digits of account number  **0104** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,337.00** |
| **3.2** Nonpriority creditor's name and mailing address<br>**Altus Receivables Management**<br>**Agent for Transportation Alliance Bank**<br>**2121 Airline Drive**<br>**Suite 520**<br>**Metairie, LA 70001**<br>Date(s) debt was incurred _<br>Last 4 digits of account number  **1035** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$116,994.57** |
| **3.3** Nonpriority creditor's name and mailing address<br>**American Express Business Card**<br>**PO Box 981535**<br>**El Paso, TX 79998-1535**<br>Date(s) debt was incurred _<br>Last 4 digits of account number  **1001** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,454.00** |
| **3.4** Nonpriority creditor's name and mailing address<br>**Bank of America Business Card**<br>**PO Box 660441**<br>**Dallas, TX 75266-0441**<br>Date(s) debt was incurred _<br>Last 4 digits of account number  **8354** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$14,171.23** |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,210.40 |
|---|---|---|---|

BHG Money Business Card
PO Box 980938
West Sacramento, CA 95798

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **1418**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,808.78 |
|---|---|---|---|

BlackCard
Barclay's Bank Delaware
PO Box 8833
Wilmington, DE 19899-8833

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **8646**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,908.89 |
|---|---|---|---|

Capital One Spark Business Card
PO Box 60519
City of Industry, CA 91716-0519

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **6812**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,255.93 |
|---|---|---|---|

Comenity Bank Credit Card
PO Box 182125
Columbus, OH 43218-2125

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **9550**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,575.00 |
|---|---|---|---|

Evolus, Inc.
PO Box 74129
Los Angeles, CA 90074-1219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: __

Last 4 digits of account number **0051**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $105,232.72 |
|---|---|---|---|

Headway Capital, LLC
175 W. Jackson Blvd.
Suite 1000
Chicago, IL 60604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **support@email.headwaycapital.com**

Last 4 digits of account number **4003**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,772.00 |
|---|---|---|---|

McKesson Specialty Care Distribution
401 Mason Road
La Vergne, TN 37086

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Basis for the claim: __

Last 4 digits of account number **1460**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,215.00 |

**3.12**
Nonpriority creditor's name and mailing address
Mileswa... Grames Classic Inc.
PO Box 31112
Tampa, FL 33631-3112

Date(s) debt was incurred _

Last 4 digits of account number __0008__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,215.00**

---

**3.13**
Nonpriority creditor's name and mailing address
Offerman & King, LLP
Agents for Pinnacle Bank
Banker's Healthcare Group, LLC
6420 Wellington Place
Beaumont, TX 77706

Date(s) debt was incurred _

Last 4 digits of account number __9219__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __jwk@offermanking.com__
__James King, Esquire__

Is the claim subject to offset? ■ No ☐ Yes

**$69,407.98**

---

**3.14**
Nonpriority creditor's name and mailing address
PNC Bank
PO Box 1820
Dayton, OH 45401

Date(s) debt was incurred _

Last 4 digits of account number __6803__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Lisa Anderson, Commercial Manager__
__410-546-6641__

Is the claim subject to offset? ■ No ☐ Yes

**$49,759.13**

---

**3.15**
Nonpriority creditor's name and mailing address
PR Realty National, LLC
PO Box 1001
Jacksboro, TX 76458

Date(s) debt was incurred __2/15/2025__

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Promissory note for chapter 11 bankruptcy__
__Amy P. Fryar, Manager__

Is the claim subject to offset? ■ No ☐ Yes

**$15,000.00**

---

**3.16**
Nonpriority creditor's name and mailing address
Revanesse Prollenium Medical
9121 Anson Way
Unit 213
Raleigh, NC 27615

Date(s) debt was incurred __2025__

Last 4 digits of account number __9047__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$9,250.00**

---

**3.17**
Nonpriority creditor's name and mailing address
Triton Recovery, LLC
Agent for DWD Consulting, LLC
19790 W. Dixie Highway
Suite 301
Miami, FL 33180

Date(s) debt was incurred _

Last 4 digits of account number __6766__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$23,342.44**

---

**3.18**
Nonpriority creditor's name and mailing address
ZO Skin Health
9685 Research Drive
Irvine, CA 92618

Date(s) debt was incurred _

Last 4 digits of account number __9414__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**Part 3:** List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
|  |  |  |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b.  +  $ | 499,695.07 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 499,695.07 |

Debtor name  **Farifox Corporation dba AestheticrX**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

■ **No.** Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

☐ **Yes.** Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Debtor name  **Farirox Corporation dba AestheticrX**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | | | Column 2: Creditor | |
|---|---|---|---|---|---|
| **Name** | **Mailing Address** | | | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ | | | _____ | ☐ D ☐ E/F ☐ G |
| | City | State | Zip Code | | |
| 2.2 _____ | Street _____ | | | _____ | ☐ D ☐ E/F ☐ G |
| | City | State | Zip Code | | |
| 2.3 _____ | Street _____ | | | _____ | ☐ D ☐ E/F ☐ G |
| | City | State | Zip Code | | |
| 2.4 _____ | Street _____ | | | _____ | ☐ D ☐ E/F ☐ G |
| | City | State | Zip Code | | |

Fill in this information to identify the case:

Debtor name **Farifox Corporation dba AestheticFX**

United States Bankruptcy Court for the: EASTERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 1/01/2025 to **Filing Date** | ■ Operating a business <br> ☐ Other _____ | $95,135.00 |
| **For prior year:** From 1/01/2024 to 12/31/2024 | ■ Operating a business <br> ☐ Other _____ | $763,308.00 |
| **For year before that:** From 1/01/2023 to 12/31/2023 | ■ Operating a business <br> ☐ Other _____ | $817,651.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

| Creditor's Name | | Total amount or value | Dates | Reasons for payment or transfer |
|---|---|---|---|---|
| | | | | Check all that apply |
| 3.1. | Corporate Turnaround<br>95 State Rte 17<br>Paramus, NJ 07652 | Daily Mon-Fri since Jan 2024 | $235,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List all payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. North Mill Equipment Finance, LLC v Farifox Corporation dba AestheticFX and Beverly Farris<br>141-353444-24 | Breach of contract reulting in Summary Judgment for Plaintiff in the amount of $289,756.32 on 1/14/2025. | 141st Judicial District of Tarrant Count<br>100 Weatherford Street<br>Fort Worth, TX | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Amy Fryar, PR National, LLC<br>PO Box 1001<br>Jacksboro, TX 76458 | | | $15,000.00 |
| | Email or website address<br>apfryar@icloud.com | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:  Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
■ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | AestheticsFX 12021 Dallas Parkway Suite 600 Room 210 Frisco, TX 75033 | AestheticFX is a medical spa providing aesthetic services for a multitude of skin conditions with regards to aging. We also treat acne and melasma. We offer prescription weightloss medication with appropriate assessment. We also offer Bioidentical hormone therapy. We are a cash pay business and do not file or accept insurance. | |

| Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
|---|---|
| | *Check all that apply:* ■ Electronically ☐ Paper |

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Farifox Corporation 401(k) Profit Sharing Plan | EIN: 83-2519386 |

Has the plan been terminated?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

□ None

|  | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Bank of America<br>11675 Dallas Parkway<br>Frisco, TX 75033 | XXXX-4173 | ■ Checking<br>□ Savings<br>□ Money Market<br>□ Brokerage<br>□ Other__ | 01/05/2024 | $1,450.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

□ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Farifox Corporation Office<br>11627 Leona Street<br>Frisco, TX 75035 | Residence<br>Beverly Farris<br>Frank Houston Farris, IV | Medical supplies such as gauze, alcohol, gloves, syringes, one dermafacial machine that isn't in use right now, supplies kept at this location due to lack of space. | □ No<br>■ Yes |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service
From-To |
|---|---|
| 26a.1. **Bookkeeping Joy LLC** | 2019 - current
joy@bookkeepingjo
y.com
972-439-5493 |
| 26a.2. **Tuttle and Tuttle, PLLC**
**2770 Main Street**
**Suite 264**
**Frisco, TX 75033** | 2019 - current |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  Bookkeeping Joy, LLC | 2019 - current joy@bookkeepingjoy.com 972-439-5493 |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.  Tuttle and Tuttle, PLLC 2770 Main Street Suite 264 Frisco, TX 75033 | 2019-current filing taxes only |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1  Beverly Farris | 02/10/2025 | $23,377.56 Wholesale cost of all products |

| Name and address of the person who has possession of inventory records |
|---|
| Beverly Farris 11627 Leona Street Frisco, TX 75035 |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Beverly Farris | 11627 Leona Street Frisco, TX 75035 | CEO | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Frank Houston Farris IV | 11627 Leona Street Frisco, TX 75035 | Director | 50% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 21, 2025**

**/s/ Beverly Farris**                                       **Beverly Farris**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

**Eastern District of Texas**

In re **Fanfox Corporation dba AestheticFX**

Case 25-40488   Doc 1   Filed 02/21/25   Entered 02/21/25 18:55:22   Desc Main
Document   Page 34 of 47

Debtor(s)

Case No.

Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | **15,000.00** |
    | Prior to the filing of this statement I have received | $ | **6,238.00** |
    | Balance Due | $ | **8,762.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor   ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor   ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
    **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

| CERTIFICATION |
|---|

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February 21, 2025**

*Date*

**/s/ Daniel C. Durand III**

**Daniel C. Durand III 06287570**

*Signature of Attorney*

**Durand & Associates, PC**
**522 South Edmonds Lane**
**Suite 101**
**Lewisville, TX 75067**
**972-221-5655  Fax: 972-221-9569**
**diana@durandlaw.com; durand@durandlaw.com**

*Name of law firm*

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

-NONE-

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **February 21, 2025**            Signature   **/s/ Beverly Farris**

                                                    **Beverly Farris**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

Revised 12/1/20

United States Bankruptcy Court

**Eastern District of Texas**

In re   **Farifox Corporation dba AestheticFX**

Case No. _____

Debtor(s)

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list

of creditors is true and correct to the best of my knowledge.

Date:   **February 21, 2025**

**/s/ Beverly Farris**

**Beverly Farris/CEO**
Signer/Title

AbbVie US, LLC
62671 Collection Center Drive
Chicago, IL 60693-0626

Altus Receivables Management
Agent for Transportation Alliance Bank
2121 Airline Drive
Suite 520
Metairie, LA 70001

American Express Business Card
PO Box 981535
El Paso, TX 79998-1535

Bank of America Business Card
PO Box 660441
Dallas, TX 75266-0441

BHG Money Business Card
PO Box 980938
West Sacramento, CA 95798

BlackCard
Barclay's Bank Delaware
PO Box 8833
Wilmington, DE 19899-8833

Capital One Spark Business Card
PO Box 60519
City of Industry, CA 91716-0519

Comenity Bank Credit Card
PO Box 182125
Columbus, OH 43218-2125

Evolus, Inc.
PO Box 74129
Los Angeles, CA 90074-1219

Headway Capital, LLC
175 W. Jackson Blvd.
Suite 1000
Chicago, IL 60604

Heritage Bank
Keith Sturmer, VP SBA Assets Manager
1818 Florence Pike
Burlington, KY 41005

Leasepoint Funding Group, LLC
14905 Texas Street
Austin, TX 78734

McKesson Specialty Care Distribution
401 Mason Road
La Vergne, TN 37086

Milesaway Busniess Classic Visa
PO Box 31112
Tampa, FL 33631-3112

North Mill Equipment Finance, LLC
c/o Ivan Escobar
Padfield & Stout, LLP
100 Throckmorton Street, Suite 700
Fort Worth, TX 76102

Offerman & King, LLP
Agents for Pinnacle Bank
Banker's Healthcare Group, LLC
6420 Wellington Place
Beaumont, TX 77706

PNC Bank
PO Box 1820
Dayton, OH 45401

PR Realty National, LLC
PO Box 1001
Jacksboro, TX 76458

Revanesse Prollenium Medical
9121 Anson Way
Unit 213
Raleigh, NC 27615

SBA
409 3rd St., SW
Washington, DC 20416

Triton Recovery, LLC
Agent for DWD Consulting, LLC
19790 W. Dixie Highway
Suite 301
Miami, FL 33180

ZO Skin Health
9685 Research Drive
Irvine, CA 92618

United States Bankruptcy Court
Eastern District of Texas

In re   **Farifox Corporation dba AestheticFX**

Debtor(s)

Case No. _____

Chapter   **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Farifox Corporation dba AestheticFX**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 21, 2025**

Date

**/s/ Daniel C. Durand III**

**Daniel C. Durand III 06287570**

Signature of Attorney or Litigant

Counsel for   **Farifox Corporation dba AestheticFX**

**Durand & Associates, PC**

**522 South Edmonds Lane**
**Suite 101**
**Lewisville, TX 75067**
**972-221-5655 Fax:972-221-9569**
**diana@durandlaw.com; durand@durandlaw.com**

## United States Bankruptcy Court
### Eastern District of Texas

In re   Farifox Corporation dba AestheticFX

Debtor(s)

Case No.

Chapter   11

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, , declare under penalty of perjury that I am the  of  Farifox Corporation dba AestheticFX, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of __, 20__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that , of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that , of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that , of this Corporation is authorized and directed to employ Daniel C. Durand III 06287570, attorney and the law firm of Durand & Associates, PC to represent the corporation in such bankruptcy case."

Date   02/21/2025

Signed   Beverly Jarris, CEO

Resolution of Board of Directors
of
**Farifox Corporation dba AestheticFX**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code:

Be It Therefore Resolved, that , of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation: and

Be It Further Resolved, that , of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that , of this Corporation is authorized and directed to employ Daniel C. Durand III 06287570, attorney and the law firm of Durand & Associates, PC to represent the corporation in such bankruptcy case.

Date  02/21/2025                    Signed  _Beverly Jarvis, CEO_

Date  _____             Signed  _____

# FARIFOX CORPORATION

## Balance Sheet

As of February 14, 2025

| | TOTAL |
|---|---|
| ASSETS | |
| Current Assets | |
| Bank Accounts | |
| PNC Checking Acct | 34.23 |
| RBFCU Business Checking | 9,324.22 |
| **Total Bank Accounts** | **$9,358.45** |
| Accounts Receivable | |
| Accounts Receivable (A/R) | 0.00 |
| **Total Accounts Receivable** | **$0.00** |
| Other Current Assets | |
| Corporate Turnaround Funds on Account | 24,300.00 |
| Undeposited Funds | 0.00 |
| **Total Other Current Assets** | **$24,300.00** |
| **Total Current Assets** | **$33,658.45** |
| Fixed Assets | |
| Amortized Loan Origination Fees | 13,988.50 |
| Accumulated Amortization | -5,980.71 |
| **Total Amortized Loan Origination Fees** | **8,007.79** |
| Machinery & Equipment | 26,467.13 |
| Accumulated Depreciation | -1,059,160.78 |
| Equipment | 8,227.00 |
| Fixed Asset Computers | 3,345.98 |
| Fixed Asset Furniture | 854.13 |
| Medical Equipment | 1,243,337.82 |
| **Total Machinery & Equipment** | **223,071.28** |
| **Total Fixed Assets** | **$231,079.07** |
| Other Assets | |
| Security Deposits | 0.00 |
| **Total Other Assets** | **$0.00** |
| **TOTAL ASSETS** | **$264,737.52** |
| LIABILITIES AND EQUITY | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable (A/P) | 250.00 |

# FARIFOX CORPORATION

## Balance Sheet

As of February 14, 2025

|  | TOTAL |
|---|---|
| **Total Accounts Payable** | **$250.00** |
| Credit Cards |  |
| AMEX | 4,454.00 |
| Barclay Black Card | 13,545.22 |
| BHG Money CC | 9,961.66 |
| BofA Credit Card (Parent) | 14,171.23 |
| BofA Credit Card (Sub) | 0.00 |
| Capital One Spark CC | 27,913.81 |
| Comenity MC | 6,090.59 |
| NCMIC- Miles Away Card 3914 | 1,215.00 |
| PNC Line of Credit | 45,000.00 |
| **Total Credit Cards** | **$122,351.51** |
| Other Current Liabilities |  |
| Direct Deposit Payable | -1,463.71 |
| Employee Wages DD Payable | 0.00 |
| Headway Line of Credit | 41,666.74 |
| Payroll Liabilities | 0.01 |
| Federal Taxes (941/944) | -366.34 |
| Federal Unemployment (940) | -10.20 |
| TX Unemployment Tax | -45.91 |
| **Total Payroll Liabilities** | **-422.44** |
| Texas State Comptroller Payable | 13.82 |
| **Total Other Current Liabilities** | **$39,794.41** |
| **Total Current Liabilities** | **$162,395.92** |
| Long-Term Liabilities |  |
| Business Funding Loans |  |
| DWD Consulting | 0.00 |
| DWD Consulting | 2,596.47 |
| Knightsbridge Funding | 0.00 |
| Pinnacle Bank Loan | 47,000.00 |
| SBA Loan PLP 49583591-02 | 772,577.55 |
| TAB | 0.00 |
| **Total Business Funding Loans** | **822,174.02** |
| Equipment Loans |  |
| MMP Equipment Loan | 201,070.41 |
| **Total Equipment Loans** | **201,070.41** |
| **Total Long-Term Liabilities** | **$1,023,244.43** |
| **Total Liabilities** | **$1,185,640.35** |

# FARIFOX CORPORATION

## Balance Sheet

As of February 14, 2025

| | TOTAL |
|---|---|
| Equity | |
| Opening Balance Equity | 0.00 |
| Owner's Investment | 172,339.83 |
| Owner's Pay & Personal Expenses | -150.00 |
| Owner's Distribution | -0.34 |
| **Total Owner's Pay & Personal Expenses** | **-150.34** |
| Retained Earnings | -1,103,779.54 |
| Net Income | 10,687.22 |
| **Total Equity** | **$ -920,902.83** |
| **TOTAL LIABILITIES AND EQUITY** | **$264,737.52** |

# FARIFOX CORPORATION

## Profit and Loss

January 1, 2024 - February 14, 2025

| | TOTAL |
|---|---:|
| Income | |
|   Rebate | 3,374.52 |
|   Sales of Services | 854,841.79 |
| **Total Income** | **$858,216.31** |
| GROSS PROFIT | **$858,216.31** |
| Expenses | |
|   Advertising & Marketing | 68,709.72 |
|   Bank Charges & Fees | 21,042.42 |
|    Loan Origination Fees | 16,299.81 |
|   **Total Bank Charges & Fees** | **37,342.23** |
|   Car & Truck | 1,639.36 |
|   Contractors | 43,200.00 |
|   Dues & subscriptions | 4,024.44 |
|   Education Expenses | 10,215.46 |
|   Insurance | 20,645.76 |
|   Interest Paid | 11,454.36 |
|   Job Supplies | 60,409.76 |
|   Legal & Professional Services | 0.00 |
|    401K Management Fees | 2,015.00 |
|    Loan Settlement Fees | 82,845.96 |
|    Tax & Bookkeeping Services | 5,514.00 |
|   **Total Legal & Professional Services** | **90,374.96** |
|   Meals & Entertainment | 7,436.99 |
|   Merchant Service Fees | 1,713.32 |
|   Office Expense | 953.73 |
|   Office Supplies & Software | 5,488.57 |
|   Payroll Expenses | 1,020.06 |
|    Owner's Compensation (W2 Wages) | 28,500.00 |
|    Taxes | 5,689.92 |
|    Wages | 35,345.00 |
|   **Total Payroll Expenses** | **70,554.98** |
|   Product purchases (non-taxable) | 195,723.32 |
|   Professional licensing and Certification | 399.00 |
|   Rent & Lease | 35,740.54 |
|   Repairs & Maintenance | 18,009.42 |
|   Shipping, Freight & Delivery | 242.25 |
|   Taxes & Licenses | 11,421.67 |
|   Travel | 262.35 |
|   Utilities | 10,104.30 |
| **Total Expenses** | **$706,066.49** |
| NET OPERATING INCOME | **$152,149.82** |

# FARIFOX CORPORATION

## Profit and Loss

January 1, 2024 - February 14, 2025

|  | TOTAL |
|---|---|
| Other Income |  |
| Dividend Income | 5.20 |
| Uncategorized Changes in Loans | 121,055.33 |
| **Total Other Income** | **$121,060.53** |
| Other Expenses |  |
| Amortization Expense | 1,609.79 |
| **Total Other Expenses** | **$1,609.79** |
| NET OTHER INCOME | **$119,450.74** |
| NET INCOME | **$271,600.56** |